IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN THE MATTER OF THE TRACKING :    CASE NO. 5:25-MJ-57-CHW
OF TWO FED EX BOXES ON MASTER :
AIRWAY BILLS (MAWB) #8830 1632   :
2980 AND #8830 1632 2905 MANIFETED:
AS "EPOXY PAINT IN POWDER FOR   :
HOUSEHOLD USE," CONTAINING AN :
UNKNOWN SUBSTANCE IN A BAG    :
THAT TESTED POSITIVE FOR     :
METHAMPHETAMINE, ADDRESSED  :
TO "HENRY CRUZ, 322 SHADY DALE :
RD. EATONTON, GA 31024," WITH A  :
SHIPPER ADDRESS OF "ARNOLDO   :
CARILLO TORRES, OAXACA, NUM.   :
504 B, APODACA, NL 66600, MEXICO" :
                               :

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

HEREBY ORDERS that Case No. 5:25-MJ-57-CHW, be unsealed.

SO ORDERED this 21st day of July, 2026.

_____

UNITED STATES MAGISTRATE JUDGE